_____

No. 96-1426SI

_____

Ronald Birmingham; Bonnie            *
Birmingham; Herbert Betz; Linda      *
Betz,                                *
                                     *
          Plaintiffs-Appellants,*
                                     *
     v.                              *
                                     *
Mettler-Toledo, Inc., doing          *
business as Toledo Scale             *
Company, also known as Mettler       *
Instrument Corp., also known as      *
CIBA Geigy, also known as            *     Appeal from the United States
CIBA-Geigy SA France, also           *     District Court for the Southern
known as CIBA-Geigy AG Swiss,        *     District of Iowa.
also known as Reliance Electric      *
Engineering Co., also known as       *          [UNPUBLISHED]
Reliance Electric Company;           *
Farrel Co., a division of USM        *
Corporation; CIBA-Geigy              *
Corporation,                         *
                                     *
          Defendants-Appellees,   *
_____               *
                                     *
Bridgestone/Firestone, Inc.,         *
                                     *
          Intervenor Below --     *
          Appellant.                 *
                                   _____

               Submitted:  November 19, 1996

                Filed:  November 27, 1996
                                   _____

Before FAGG and HANSEN, Circuit Judges, and MAGNUSON,[*] District
     Judge.
                                   _____

PER CURIAM.

_____

     *The  Honorable  Paul  A.  Magnuson,  United  States
     District  Judge  for  the  District  of  Minnesota,
     sitting by designation.

The Birmingham, Betz, and Bridgestone/Firestone appellants appeal the district court's order granting summary judgment in this diversity-based products liability action. After de novo review, we conclude that no error of law appears, and we affirm the judgment of the district court for the reasons stated in its order. <u>See</u> 8th Cir. R. 47B. We also deny the pending motion for dismissal from the appeal and the related request for sanctions as moot.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.